# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00171-MR
# (CRIMINAL CASE NO. 1:05-cr-00004-MR-DLH-1)

| | |
|---|---|
| DANIEL DOUGLAS WHITE, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court Petitioner's Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 [Doc. 1].

**IT IS, THEREFORE, ORDERED:**

(1)   The United States Marshal shall have Petitioner present in Asheville, North Carolina, for the November 2019 sentencing term;

(2)   The Clerk of Court shall calendar this matter for resentencing during the first sentencing term on or after November 26, 2019; and

(3)   The United States Probation Office shall provide a supplemental presentence report.

The Clerk is directed to provide notification and/or copies of this Order to counsel for the Government, counsel for the Petitioner, the United States Marshals Service, the Bureau of Prisons, and the United States Probation Office.

Signed: September 6, 2019

Martin Reidinger
United States District Judge